IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KHALID K. ROBERTSON,**  **PLAINTIFF**
**ADC # 172733**

v.  Case No. 4:22-CV-00239-LPR-JTK

**ARKANSAS DEPARTMENT OF**  **DEFENDANTS**
**COMMUNITY CORRECTION,** *et al.*

**ORDER**

Plaintiff Khalid K. Robertson filed this action *pro se* pursuant to 42 U.S.C. § 1983. (Doc. 2). Mr. Robertson did not, however, pay the $402.00 filing and administrative fee or file a complete application to proceed *in forma pauperis* ("IFP"). On March 16, 2022, the Court directed Mr. Robertson either to pay the filing and administrative fees **_or_** to file a complete motion to proceed IFP within 30 days. (Doc. 3). Mr. Robertson was cautioned that if he did not do one or the other, his case would be dismissed without prejudice.[1] (*Id*.). More than 30 days have passed, and Mr. Robertson has not paid the filing fee, filed a complete application to proceed IFP, or otherwise responded to the March 16, 2022 Order. Accordingly, Mr. Robertson's claims are dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

---

[1] Local Rule of the Court 5.5(c)(2), provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 8th day of June, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE