IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KHALID K. ROBERTSON,**                                                     **PLAINTIFF**

**v.**                   **Case No. 4:22-CV-00239-LPR**

**ARKANSAS DEPARTMENT OF**                               **DEFENDANTS**
**COMMUNITY CORRECTION,** *et al.*

## JUDGMENT

Pursuant to the order filed on this date, it is considered, ordered, and adjudged that plaintiff Khalid K. Robertson's complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 8th day of June, 2022.

                                                                 _____
                                                                  LEE P. RUDOFSKY
                                                                  UNITED STATES DISTRICT JUDGE